# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL KENIGSBERG, <br><br> Plaintiff, <br><br> v. <br><br> 51 SKY TOP PARTNERS, LLC and ANTHONY E. MONELLI <br><br> Defendants. | Civil Action No. 3:23-cv-00939-RNC <br><br><br> July 21, 2023 |

## NOTICE OF LIS PENDENS

Plaintiff hereby serves notice that it has recorded and hereby files in this action the Lis Pendens attached hereto.

**THE PLAINTIFF,**
**DANIEL KENIGSBERG**
By:     /s/Peter M. Nolin_____
Peter M. Nolin (ct06223)
**Carmody Torrance Sandak & Hennessey LLP**
1055 Washington Boulevard
4th Floor
Stamford, CT 06901-2218
Telephone: 203-425-4200
Facsimile: 203-325-8608
pnolin@carmodylaw.com
His Attorneys

{S7513405}

**CERTIFICATE OF SERVICE**

      I hereby certify that on the above date, I electronically filed the foregoing with attached Lis Pendens with the Clerk of Court using the CM/ECF system which will send notification of such filing and effectuate service to all counsel of record in this matter.

      /s/ *Peter M. Nolin*
      Peter M. Nolin

{S7513405}