PLEASE RECORD AND RETURN TO:
Peter M. Nolin, Esq.
Carmody Torrance Sandak & Hennessey LLP
1055 Washington Boulevard, 4th Floor
Stamford, CT 06901



Receipt #89206
VOL 6432 PG 212
07/19/2023 08:35:11 AM
3 Pages
LIS PENDENS
Instr # 2023-3383
Elizabeth P. Browne, Fairfield Town Clerk

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL KENIGSBERG | : |
| | : |
| Plaintiff, | : |
| v. | :    Civil Action No. 3:23-cv-00939-RNC |
| | : |
| 51 SKY TOP PARTNERS, LLC | : |
| and ANTHONY E. MONELLI | : |
| | : |
| Defendants. | :    July 18, 2023 |

### NOTICE OF LIS PENDENS

Notice is hereby given of the pendency of a civil action in the above-referenced Court (the "Action") commenced by federal summons, and complaint dated July 14, 2023. The property affected by this action is commonly known as 51 Sky Top Terrace in Fairfield, Connecticut, and is more particularly described in Exhibit A hereto (the "Property"). In the Action, the Plaintiff seeks, among other relief, an order quieting title to the Property.

This shall serve as notice to any person hereafter acquiring any interest in the Property of the pendency of the Action; and to each person whose conveyance or encumbrance is subsequently executed or subsequently recorded or whose interest is thereafter obtained, by descent or otherwise, is deemed to be a subsequent purchaser or encumbrancer, and is bound by all proceedings taken after the recording of this Notice, to the same extent as if such person were made a party to the Action.

A True Copy

Attest _____Edward J. Bateson_____

Edward J. Bateson
Connecticut State Marshal
Fairfield County

{S7512626}

BK: 6432 PG: 212

Dated at Stamford, Connecticut, this 18th day of July, 2023.

>THE PLAINTIFF,
>DANIEL KENIGSBERG
>
>By: _____
>Peter M. Nolin (ct06223)
>**Carmody Torrance Sandak & Hennessey LLP**
>1055 Washington Boulevard
>4th Floor
>Stamford, CT 06901-2218
>Telephone: 203-425-4200
>Facsimile: 203-325-8608
>pnolin@carmodylaw.com
>His Attorneys

Attest _____ A True Copy
Edward J. Bateson
Connecticut State Marshal
Fairfield County

{S7512626}

## SCHEDULE A

## LEGAL DESCRIPTION

ALL THAT CERTAIN piece or parcel of land, together with the buildings and improvements thereon, situated in the Town of Fairfield, County of Fairfield and State of Connecticut, and being known as Lot No. 53 on a certain map entitled, "Map #6 for E. Parmly Jr., Fairfield, Conn., November 12, 1953", made by The Huntington Company, Engineers and Surveyors, on file in the Office of the Fairfield Town Clerk as Map No. 2061; being bounded an described as follows:

NORTH: by Lot No. 39, on a certain map entitled, "Map No. 5 for E. Parmly Jr., July 20, 1950", made by Andrew S. Huntington, Civil Engineer, on file in the Office of the Fairfield Town Clerk, one hundred forty (140) feet;

EAST: in part by Lot No. 37 on a certain map entitled, "Map No. 3 for E. Parmly, Jr., Fairfield, Conn., May 18, 1950", made by Andrew S. Huntington, Civil Engineer, on file in the Office of the Fairfield Town Clerk, and in part by land now or formerly of Eleazar Parmly, Jr., in all, one hundred forty-nine and 96/100 (149.96) feet;

SOUTH: by land now or formerly of Eleazar Parmly, Jr., one hundred fifty-nine and 01/100 (159.01) feet; and

WEST: by Sky-Top Terrace aka Sky Top Terrace, so-called, one hundred fifteen (115) feet.

*END OF DESCRIPTION*

RECEIVED FOR RECORD
07/19/2023  08:35:11 AM
Elizabeth P. Browne, Fairfield Town Clerk

Attest   A True Copy
Edward J. Bateson
Connecticut State Marshal
Fairfield County

BK: 6432  PG: 214