# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DANIEL KENIGSBERG,**  *Plaintiff,*  v.  **51 SKY TOP PARTNERS, LLC, ET AL.,**  *Defendants.* | **CIVIL ACTION NO. 3:23-CV-00939 (RNC)**  JULY 31, 2023 |

## MOTION TO SET PRE-FILING CONFERENCE

In accordance with the Court's Pretrial Preferences concerning the filing of Dispositive Motions, Defendant, 51 Sky Top Partners, LLC ("STP"), moves this Court to set a pre-filing conference for STP's anticipated motion to dismiss. In support of this motion, STP states as follows:

1. On July 14, 2023, Plaintiff, Daniel Kenigsberg ("Plaintiff"), commenced the captioned action against STP and Defendant, Anthony Monelli ("Monelli"). The action arises out of a land fraud scam. In October 2022, a third-party impersonated Plaintiff and, in return for $350,000 from STP, purported to convey to STP a vacant, unimproved lot owned by Plaintiff (the "Property"). The conveyance was made by Monelli pursuant to a power of attorney, which purportedly empowered Monelli to act as Plaintiff's attorney in fact in conveying the Property. The power of attorney was forged. Following the purported conveyance, STP commenced to construct a single-family residence on the Property.

2. As to STP, Plaintiff alleges claims for (i) quiet title (count one), (ii) slander of title (count two), (iii) trespass (count four), (iv) injunction (count five), and (v) unfair trade practices (count nine). Plaintiff seeks exemplary and punitive damages, as well as attorney's fees.

3. STP intends to move to dismiss count one for lack of subject matter jurisdiction. It is anticipated in this regard that, within the next several days (and certainly prior to filing its motion to dismiss), STP will have delivered to Plaintiff a quitclaim deed releasing any interest it

has in the Property, together with an affidavit of facts averring, among other things, that the deed by which STP purportedly acquired title to the Property (*see* Compl. ¶ 13) was void and of no effect.  As a result of such action, STP contends count one of Plaintiff's complaint will be rendered moot.

4.	STP, in addition, intends to move to dismiss counts two, five and nine of the complaint and portions of Plaintiff's prayer for relief for failure to state a claim. Briefly, (i) count two (slander of title) is insufficient because Plaintiff has not pleaded facts from which the court might reasonably infer STP acted with malice in recording the deed – a critical element of a claim for slander of title; (ii) count five (action for injunction) is insufficient because it is a remedy, not an independent cause of action; (iii) count nine (unfair trade practices) is insufficient because Plaintiff has not alleged – and cannot allege – a "business relationship" with STP, a basic requirement of any unfair trade practices claim; (iv) the portions of Plaintiff's prayer for relief seeking exemplary and punitive damages are insufficient because Plaintiff has not alleged facts that would show STP acted intentionally or with reckless disregard for Plaintiff's rights; and (v) the portions of Plaintiff's prayer for relief seeking double and treble damages and attorney's fees are insufficient because they are either unsupported by a cause of action against STP providing for recovery of such damages or because the causes of action against STP that would provide for recovery of such damages (i.e., counts two and nine) should be dismissed for the reasons set forth above.

5.	On July 31, 2023, the undersigned sent Plaintiff's counsel a draft of STP's motion to dismiss and accompanying memorandum of law.  Plaintiff's counsel reviewed the motion and indicated he did not believe STP would prevail.

6.	STP was served on July 19, 2023. Its deadline to answer or otherwise plead to Plaintiff's complaint is thus August 9, 2023. *See* ECF No. 9. Accordingly, STP requests a pre-filing conference with the Court with respect to STP's anticipated motion to dismiss prior to August 9, 2023.

WHEREFORE, Defendant, 51 Sky Top Partners, LLC, respectfully requests that the Court grant its motion and set a pre-filing conference prior to its deadline to answer or otherwise plead to Plaintiff's complaint.

                THE DEFENDANT,
                51 SKY TOP PARTNERS, LLC

            By /s/ Jay R. Lawlor
                Jay R. Lawlor (ct 29546)
                Hoopes Morganthaler Rausch
                & Scaramozza LLC
                CityPlace II – 185 Asylum Street
                Hartford, CT 06103-3426
                Telephone: 860.275.6800
                Fax: 860.275.6819
                E-mail:  jlawlor@hmrslaw.com

**CERTIFICATION OF SERVICE**

   I hereby certify that on July 31, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

           By /s/  Jay R. Lawlor
             Jay R. Lawlor (ct 29546)
             Hoopes Morganthaler Rausch
             & Scaramozza LLC
             CityPlace II – 185 Asylum Street
             Hartford, CT 06103-3426
             Telephone: 860.275.6800
             Fax: 860.275.6819
             E-mail:  jlawlor@hmrslaw.com