**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DANIEL KENIGSBERG,** | **CIVIL ACTION** |
| *Plaintiff,* | **NO. 3:23-CV-00939 (RNC)** |
| v. | |
| **51 SKY TOP PARTNERS, LLC, ET AL.,** | **AUGUST 7, 2023** |
| *Defendants.* | |

**AFFIDAVIT OF JAY R. LAWLOR**

I, Jay R. Lawlor, being duly sworn, hereby depose and say:

1.      I am over eighteen years of age, believe in the obligations of an oath, and am competent to testify to the matters stated herein.

2.      I make this affidavit on personal knowledge, except as noted.

3.      I am an attorney with Hoopes Morganthaler Rausch & Scaramozza LLC, counsel for 51 Sky Top Partners, LLC ("STP") in the captioned action.

4.      On August 4, 2023, I sent to counsel for the plaintiff certain correspondence, which enclosed original, fully executed copies of the following documents: (i) a quitclaim deed by my client concerning 51 Sky Top Terrace, Fairfield, (ii) a conveyance tax return (OP-236) for filing with the town clerk in connection with recording of the deed, and (iii) a self-explanatory affidavit of facts. A true copy of such correspondence (with enclosures) is attached hereto as Schedule A.

The undersigned, having been duly sworn, makes oath to the truth of the foregoing.

_____
Jay R. Lawlor

Subscribed and sworn before me this 7th day of August, 2023.

Anastasia Kyprillis
Notary Public
My Commission Expires: August 31, 2026

**SCHEDULE A**

**Jay R. Lawlor**
Admitted in Connecticut,
New York and Maryland
860-913-2907
jlawlor@hmrslaw.com

August 4, 2023

**VIA FEDEX AND**
**EMAIL (pnolin@carmodylaw.com)**

Carmody Torrance Sandak &
Hennessey LLP
1055 Washington Blvd., 4th Floor
Stamford, CT 06901
Attn: Peter Nolin

Re:     51 Sky Top Terrace, Fairfield, Connecticut

Pete:

Please find enclosed a quitclaim deed by my client concerning the referenced property (the "Property"), a conveyance tax return, and an affidavit of facts. These documents are being tendered without prejudice to any equitable rights my client may have with respect to the improvements constructed on the Property or the Property itself, but instead are solely for purposes of removing any cloud on title.

Very truly yours,

Jay R. Lawlor

Enclosure

**After recording, return to:**

_____
_____
_____

## <u>STATUTORY FORM QUITCLAIM DEED</u>

51 Sky Top Partners LLC of Fairfield, Connecticut (the "Grantor"), for the consideration of One Dollar and other valuable consideration paid, grants to Dr. Daniel Kenigsberg, having a mailing address of 1 Dyers Court, Setauket, New York  11773 (the "Grantee"), with QUITCLAIM COVENANTS, all right, title, interest, claim and demand whatsoever as the Grantor has in, to and over a certain piece or parcel of land, situated in the Town of Fairfield, County of Fairfield, and State of Connecticut and being more particularly bounded and described as follows:

All that certain piece or parcel of land situated in the Town of Fairfield, County of Fairfield and State of Connecticut, and being known as Lot No. 53 on a certain map entitled, "Map #6 for E. Parmly Jr., Fairfield, Conn., November 12, 1953", made by The Huntington Company, Engineers and Surveyors, on file in the Office of the Fairfield Town Clerk as Map No. 2061; being bounded and described as follows:

NORTH:      by Lot No. 39 on a certain map entitled, "Map No. 5 for E. Parmly Jr., July 20, 1950" made by Andrew S. Huntington, Civil Engineer, on file in the Office of the Fairfield Town Clerk, one hundred forty (140) feet;

EAST:       in part by Lot No. 37 on a certain map entitled, "Map No. 3 for E. Parmly, Jr., Fairfield, Conn., May 18, 1950" made by Andrew S. Huntington, Civil Engineer, and on file in the Office of the Fairfield Town Clerk, said in part by land now or formerly of Eleazar Parmly, Jr., in all, one hundred forty-nine and 96/100 (146.96) feet;

SOUTH:      by land of Eleazar Parmly, Jr., one hundred fifty-nine and 01/100 (159.01) feet; and

WEST:       by Sky-Top Terrace aka Sky Top Terrace, so-called, one hundred fifteen (115) feet.

Said Property is known as 51 Sky Top Terrace, Fairfield, Connecticut.

*[Remainder of page intentionally left blank; signature pages follow.]*

Signed ~~August~~ *July* _28_, 2023.

Witnessed by:

**51 SKY TOP PARTNERS LLC,**
a Connecticut limited liability company

_RAMDougherty_

Name: _Robin M. Dougherty_

By: _[signature]_
Name: GINA LETO
Title: MANAGER

_[signature]_

Name: _FREDERIK GAY_

STATE OF CONNECTICUT          )
                             ) ss: _Fairfield_
COUNTY OF _FAIRFIELD_         )

On this the _28th_ day of ~~August~~ _July_, 2023, before me, the undersigned officer, personally appeared _Gina Leto_ , _Manager_ of 51 Sky Top Partners LLC known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that ~~he~~/she executed the same for the purposes therein contained, as ~~his~~/her free act and deed.

In Witness Whereof, I hereunto set my hand.

_RAMDougherty_

~~Commissioner of the Superior Court~~
Notary Public    _ROBIN M. DOUGHERTY_
My Commission Expires: _01/31/2027_



Department of Revenue Services
State of Connecticut
PO Box 5035
Hartford CT 06102-5035
OP236 0720W 01 9999



## OP-236
**Connecticut Real Estate Conveyance Tax Return** (Rev. 07/20)

| For Town Clerk Use Only | Town Code ►V | Land Record ►F | ► |
|---|---|---|---|

Complete Form OP-236 in blue or black ink only.

1. Town
   ► **FAIRFIELD**

2. Location of property conveyed (number and street)
   ► **51 SKY TOP TERRACE**

   Amended return

3. Are there more than two grantors/sellers? ►**Y**   If Yes, attach **OP-236 Schedule A - Grantors**, *Supplemental Information for Real Estate Conveyance Tax Return.*

4. Grantor/seller #1 (last name, first name, middle initial)    Taxpayer Identification Number    ► □ FEIN □ SSN
   ► **51 SKY TOP PARTNERS LLC**    ►

   | Grantor/seller address (street and number) after conveyance | City/town | State | ZIP code |
   |---|---|---|---|
   | ► **335 REDDING ROAD** | ► **FAIRFIELD** | **CT** | **06824-1932** |

5. Grantor/seller #2 (last name, first name, middle initial)    Taxpayer Identification Number    ► □ FEIN □ SSN
   ►    ►

   | Grantor/seller address (street and number) after conveyance | City/town | State | ZIP code |
   |---|---|---|---|
   | ► | ► | | |

6. Is the grantor a partnership, S corporation, LLC, estate, or trust? ►**Y X**
   If **Yes**, attach **OP-236 Schedule A - Grantors**

7. Was more than one deed filed with this conveyance? ►**Y**

8. If this conveyance is for no consideration or less than adequate consideration, which gift tax returns will be filed? ► □ Federal only  □ State only  □ Both fed. & state  □ None

9. Is there more than one grantee/buyer or, is the grantee a partnership, S corporation, LLC, estate, or trust? ►**Y**
   If Yes, attach **OP-236 Schedule B - Grantees**, *Supplemental Information for Real Estate Conveyance Tax Return.*

10. Grantee/buyer (last name, first name, middle initial)    Taxpayer Identification Number    ► □ FEIN □ SSN
    ► **KENIGSBERG, DANIEL**    ►

    | Grantee/buyer address (street and number) after conveyance | City/town | State | ZIP code |
    |---|---|---|---|
    | ► **1 DYERS COURT** | ► **SETAUKET** | **NY** | **11773** |

11. Date conveyed (MM-DD-YYYY)    ► ___-___-___
12. Date recorded (MM-DD-YYYY)    ► ___-___-___
13. Type of instrument: ► □ Warranty  **X** Quitclaim  □ Easement  □ Other

14. The grantor claims no tax is due because (See instructions.): ► **X** Conveyance was for no consideration or consideration was less than $2,000.
    ► □ Exempt under Conn. Gen. Stat. §12-498. Enter exempt code: _____   If exempt code 01 or 09, enter citation or docket #: _____

**Computation of Tax** - Enter consideration for conveyance on the appropriate line. See Instructions.

| | | | | |
|---|---|---|---|---|
| ► 15. | Consideration for unimproved land | | x 0.0075 = | 0.00 |
| ► 16. | Total consideration for residential dwelling | | | |
| ► 16a. | Portion of Line 16 that is $800,000 or less | | x 0.0075 = | 0.00 |
| ► 16b. | Portion of Line 16 that exceeds $800,000 up to and including $2,500,000 | | x 0.0125 = | 0.00 |
| ► 16c. | Portion of Line 16 that exceeds $2,500,000 | | x 0.0225 = | 0.00 |
| ► 17. | Residential property other than residential dwelling | | x 0.0075 = | 0.00 |
| ► 18. | Nonresidential property other than unimproved land | | x 0.0125 = | 0.00 |
| ► 19. | Property conveyed by a delinquent mortgagor | | x 0.0075 = | 0.00 |
| ► 20. | **Total State of Connecticut tax due:** Add Lines 15, 16a through 19. | | | 0.00 |

**Declaration:** I declare under penalty of law that I have examined this return (including any accompanying schedules and statements) and, to the best of my knowledge and belief, it is true, complete, and correct. I understand the penalty for willfully delivering a false return to the Department of Revenue Services (DRS) is a fine of not more than $5,000, or imprisonment for not more than five years, or both. The declaration of a paid preparer other than the taxpayer is based on all information of which the preparer has any knowledge.

Indicate who is signing this return: □ Grantor   **X** Grantor's attorney   □ Grantor's authorized agent

| Name of person signing the return (type or print) | Signature | Date |
|---|---|---|
| JAY R. LAWLOR | | **8/4/2023** |

| Name of grantor's representative (type or print) | Connecticut juris number if applicable | Telephone number |
|---|---|---|
| JAY R. LAWLOR | ► 434058 | 860-913-2907 |

## Town Clerk Copy

**OP-236**

**Connecticut Real Estate Conveyance Tax Return**
(Rev. 07/20)

| For Town Clerk Use Only | Town Code | Land Record |
|---|---|---|
| | | Vol. | Pg. |

1. Town

   FAIRFIELD

2. Location of property conveyed (number and street)

   51 SKY TOP TERRACE

   Amended return

3. Are there more than two grantors/sellers?     Yes

4. Grantor/seller #1 (last name, first name, middle initial)

   51 SKY TOP PARTNERS LLC

   | Grantor/seller address (street and number) after conveyance | City/town | State | ZIP code |
   |---|---|---|---|
   | 335 REDDING ROAD | FAIRFIELD | CT | 06824-1932 |

5. Grantor/seller #2 (last name, first name, middle initial)

   | Grantor/seller address (street and number) after conveyance | City/town | State | ZIP code |
   |---|---|---|---|
   | | | | |

6. Is the grantor a partnership, S corporation, LLC, estate, or trust? Yes X

7. Was more than one deed filed with this conveyance?          Yes

8. If this conveyance is for no consideration or less than adequate consideration, which gift tax returns will be filed?     Federal only     State only     Both fed. & state     None

9. Is there more than one grantee/buyer or, is the grantee a partnership, S corporation, LLC, estate, or trust? Yes

10. Grantee/buyer (last name, first name, middle initial)

    KENIGSBERG, DANIEL

    | Grantee/buyer address (street and number) after conveyance | City/town | State | ZIP code |
    |---|---|---|---|
    | 1 DYERS COURT | SETAUKET | NY | 11773 |

11. Date conveyed (MM-DD-YYYY)          12. Date recorded (MM-DD-YYYY)

    _ _ _                              _ _ _

13. Type of instrument:

    Warranty     X Quitclaim     Easement     Other

14. The grantor claims no tax is due because (See instructions.):     X Conveyance was for no consideration or consideration was less than $2,000.

    Exempt under Conn. Gen. Stat. §12-498. Enter exemp code:          If exempt code 01 or 09, enter citation or docket #:

**Computation of Tax** - Enter consideration for conveyance on the appropriate line. See Instructions.

| | | | | |
|---|---|---|---|---|
| 15. | Consideration for unimproved land | | x 0.0075 = | 0.00 |
| 16. | Total consideration for residential dwelling | | | |
| 16a. | Portion of Line 16 that is $800,000 or less | | x 0.0075 = | 0.00 |
| 16b. | Portion of Line 16 that exceeds $800,000 up to and including $2,500,000 | | x 0.0125 = | 0.00 |
| 16c. | Portion of Line 16 that exceeds $2,500,000 | | x 0.0225 = | 0.00 |
| 17. | Residential property other than residential dwelling | | x 0.0075 = | 0.00 |
| 18. | Nonresidential property other than unimproved land | | x 0.0125 = | 0.00 |
| 19. | Property conveyed by a delinquent mortgagor | | x 0.0075 = | 0.00 |
| 20. | **Total State of Connecticut tax due: Add Lines 15, 16a through 19.** | | | 0.00 |

Department of Revenue Services
State of Connecticut

OP236A 1016W 01 9999



# OP-236 Schedule A - Grantors
**Supplemental Information for Connecticut**
**Real Estate Conveyance Tax Return**
(Rev. 10/16)

Use OP-236 Schedule A to provide the required information if there are additional grantors/sellers. If the grantor is a partnership, S corporation, limited liability company (LLC), estate, or trust, enter the name, address, and taxpayer identification number of the partners, shareholders, members, or beneficiaries. If a partner, shareholder, member or beneficiary of the grantor is an LLC or a qualified subchapter S corporation (QSS), enter the name of such entity, its address and tax identification number. Do **not** combine grantors/sellers and grantee/buyers on the same schedule.

| Town | Was the transaction completed on one deed? | Date conveyed |
|---|---|---|
| FAIRFIELD | ☒ Yes ☐ No | __ __ / __ __ / __ __ __ __ <br> m m / d d / y y y y |

| Location of property conveyed | Date recorded |
|---|---|
| 51 SKY TOP TERRACE | __ __ / __ __ / __ __ __ __ <br> m m / d d / y y y y |

**Name of grantor as shown on the deed**
51 SKY TOP PARTNERS LLC

| Last name, first name, middle initial | Taxpayer identification number | | | ☐ SSN ☐ FEIN |
|---|---|---|---|---|
| LETO, GINA | | | | |
| Address after conveyance | City or town | State | ZIP code | |
| 335 REDDING ROAD | FAIRFIELD | CT | 06824-1932 | |

| Last name, first name, middle initial | Taxpayer identification number | | | ☐ SSN ☐ FEIN |
|---|---|---|---|---|
| | | | | |
| Address after conveyance | City or town | State | ZIP code | |
| | | | | |

| Last name, first name, middle initial | Taxpayer identification number | | | ☐ SSN ☐ FEIN |
|---|---|---|---|---|
| | | | | |
| Address after conveyance | City or town | State | ZIP code | |
| | | | | |

| Last name, first name, middle initial | Taxpayer identification number | | | ☐ SSN ☐ FEIN |
|---|---|---|---|---|
| | | | | |
| Address after conveyance | City or town | State | ZIP code | |
| | | | | |

| Last name, first name, middle initial | Taxpayer identification number | | | ☐ SSN ☐ FEIN |
|---|---|---|---|---|
| | | | | |
| Address after conveyance | City or town | State | ZIP code | |
| | | | | |

| Last name, first name, middle initial | Taxpayer identification number | | | ☐ SSN ☐ FEIN |
|---|---|---|---|---|
| | | | | |
| Address after conveyance | City or town | State | ZIP code | |
| | | | | |

| Last name, first name, middle initial | Taxpayer identification number | | | ☐ SSN ☐ FEIN |
|---|---|---|---|---|
| | | | | |
| Address after conveyance | City or town | State | ZIP code | |
| | | | | |

**AFFIDAVIT OF FACTS AFFECTING
TITLE TO REAL PROPERTY
PURSUANT TO C.G.S. §47-12a**

STATE OF CONNECTICUT)
                     ) ss.: Fairfield                    July 28, 2023
COUNTY OF FAIRFIELD  )                                   ~~August~~

**Subject Property:**          51 Sky Top Terrace

**Record Owner of
Subject Property:**            Daniel Kenigsberg

        I, Gina Leto, being duly sworn, depose and say:

        1.      This Affidavit is made with respect to the Subject Property, which is more particularly described in Schedule A attached hereto and made a part hereof.

        2.      As of the date of this Affidavit, the record owner of the Subject Property is Daniel Kenigsberg ("Record Owner").

        3.      The Record Owner acquired title to the Subject Property pursuant to a certain Trustee Deed dated September 14, 2010 and recorded in Volume 4504, Page 298 of the Fairfield Land Records.

        4.      Thereafter, on October 18, 2022, a warranty deed (the "Deed") conveying the Subject Property to Sky Top Partners LLC ("Sky Top"), as grantee, was recorded in Volume 6365 at Page 317 of the Fairfield Land Records.

        5.      The Deed was executed by Anthony E. Monelli, as attorney in fact for Record Owner pursuant to a Durable Statutory Power of Attorney – Short Form recorded in Volume 6365, Page 313 of the Fairfield Land Records (the "Power of Attorney").

        6.      The Record Owner has indicated that he did not sign the Power of Attorney and did not authorize any attorney-in-fact or agent to sign said Deed.

        7.      By quitclaim deed dated August __, 2023, Sky Top thereafter conveyed any interest it acquired under or through the Deed to Record Owner. See Volume ___, Page ___ of the Fairfield Land Records.

        8.      Consistent with the provisions of C.G.S. §47-12a, I make this Affidavit for purposes of stating facts relating to matters affecting the fee title to the Subject Property, and to advise as to the happening of a condition or event to confirm ownership of the Subject Property.

_____
Gina Leto

Subscribed and sworn
before me this 28th day of
~~August,~~ 2023.
July

_____
Notary Public  ROBIN M. DOUGHERTY
My Commission Expires: 01/31/20 27

## SCHEDULE A

All that certain piece or parcel of land situated in the Town of Fairfield, County of Fairfield and State of Connecticut, and being known as Lot No. 53 on a certain map entitled, "Map #6 for E. Parmly Jr., Fairfield, Conn., November 12, 1953", made by The Huntington Company, Engineers and Surveyors, on file in the Office of the Fairfield Town Clerk as Map No. 2061; being bounded and described as follows:

NORTH:    by Lot No. 39 on a certain map entitled, "Map No. 5 for E. Parmly Jr., July 20, 1950" made by Andrew S. Huntington, Civil Engineer, on file in the Office of the Fairfield Town Clerk, one hundred forty (140) feet;

EAST:    in part by Lot No. 37 on a certain map entitled, "Map No. 3 for E. Parmly, Jr., Fairfield, Conn., May 18, 1950" made by Andrew S. Huntington, Civil Engineer, and on file in the Office of the Fairfield Town Clerk, said in part by land now or formerly of Eleazar Parmly, Jr., in all, one hundred forty-nine and 96/100 (146.96) feet;

SOUTH:    by land of Eleazar Parmly, Jr., one hundred fifty-nine and 01/100 (159.01) feet; and

WEST:    by Sky-Top Terrace aka Sky Top Terrace, so-called, one hundred fifteen (115) feet.

Said Property is known as 51 Sky Top Terrace, Fairfield, Connecticut.



After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.