# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DANIEL KENIGSBERG,** | **CIVIL ACTION** |
| *Plaintiff,* | **NO. 3:23-CV-00939 (VDO)** |
| **v.** | |
| **51 SKY TOP PARTNERS, LLC, ET AL.,** | **April 4, 2024** |
| *Defendants.* | |

### SIPULATION FOR ENTRY OF
### JUDGMENT QUIETING TITLE
### AND DISMMISSING REMAINING CLAIMS

Plaintiff, Dr. Daniel Kenigsberg ("Kenigsberg"), Defendant, 51 Sky Top Partners LLC ("STP") and Defendant, Anthony E. Monelli ("Monelli") (together with Kenigsberg and STP, collectively, the "Parties") jointly move for entry of an order for judgment quieting title and dismissing by agreement the remaining claims under Fed. R. Civ. Proc Rule 41(a)(2).  In support hereof, the Parties state as follows:

1.    This action was commenced by Kenigsberg by complaint (Doc #1) dated and filed on July 14, 2023.

2.    Kenigsberg's complaint was brought in nine counts asserting the following claims:

First Count: Quiet Title as to STP under  Conn. Gen. Stat. § 47-31;

Second Count: Slander of Title as to STP;

Third Count: Slander of Title as to Monelli;

Fourth Count: Trespass as to STP;

Fifth Count: Injunction against Trespass as to STP

Sixth Count: Conversion as to Monelli

Seventh Count: Statutory Theft under Conn. Gen. Stat. § 52-564 as to Monelli;

Eighth Count: Forgery under Conn. Gen. Stat. § 52-565 as to Monelli; and

Ninth Count: Violation of CUTPA (Conn. Gen. Stat § 42-110a et seq) as to STP and Monelli;

3.    The complaint alleges that Kenigsberg is the record owner of certain real property known as 51 Sky Top Terrace, Fairfield, Connecticut described in Schedule A attached as Exhibit A to the Complaint and to this Stipulation (the "Property"), but that Monelli, acting pursuant to a forged power of attorney (recorded at Vol. 6365, P. 315 of the Fairfield Land Records) (the "Power of Attorney"), purported to convey the Property to STP by warranty deed recorded at Vol. 6365, P. 317 of the Fairfield Land Records (the "Monelli Deed").

4.    The Parties resolved the captioned action (the "Settlement") on terms which require that for monetary consideration Kenigsberg convey the Property to STP.

5.    The Parties as a part of the Settlement hereby stipulate and agree that the Court may enter Judgment on the First Count of Plaintiff's complaint confirming that Kenigsberg has good and marketable title to the Property and that the Power of Attorney and the Monelli Deed are declared void and of no effect.

6.    The Parties further stipulate that an order of dismissal, with prejudice, may enter as to all other claims asserted in Kenigsberg's complaint under Fed. R. Civ. Proc. 41.

7.    Each Party hereto shall be responsible for its/their own fees and costs.

WHEREFORE, in furtherance of the Stipulation, the Parties pray that the Court enter a judgment quieting title as set forth above in form sufficient for recording on the land records and that the Court dismiss the remaining Second through Ninth Counts of Kenigsberg's complaint with prejudice.

THE DEFENDANT,
51 SKY TOP PARTNERS, LLC


By /s/ Jay R. Lawlor
    Jay R. Lawlor (ct 29546)
    Hoopes Morganthaler Rausch
    & Scaramozza LLC
    CityPlace II – 185 Asylum Street
    Hartford, CT 06103-3426
    Telephone: 860.275.6800
    Fax: 860.275.6819
    E-mail: jlawlor@hmrslaw.com

THE DEFENDANT,
ANTHONY E. MONELLI


By /s/ Robert C.E. Laney
    Robert C.E. Laney (ct10323)
    Ryan Ryan Deluca, LLP
    707 Summer Street
    Stamford, CT 06901
    Telephone: 203.357.9200
    Fax: 203.357.7915
    E-mail: roblaney@ryandelucalaw.com

THE PLAINTIFF,
DANIEL KENIGSBERG


By /s/ Peter M. Nolin
    Peter M. Nolin (ct06223)
    Carmody Torrance Sandak & Hennessey LLP
    1055 Washington Boulevard, 4th Floor
    Stamford, CT 06901-2218
    Telephone: 203.425.4200
    Fax: 203.325.8608
    E-mail: pnolin@carmodylaw.com

## CERTIFICATION OF SERVICE

I hereby certify that on April 4, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By /s/  Peter M. Nolin _____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **DANIEL KENIGSBERG,** | **CIVIL ACTION** |
| *Plaintiff,* | **NO. 3:23-CV-00939 (VDO)** |
| **v.** | |
| **51 SKY TOP PARTNERS, LLC, ET AL.,** | **April , 2024** |
| *Defendants.* | |

## PROPOSED] ORDER

The Court (Oliver, V.) orders as follows:

Judgment shall enter on the First Count of Plaintiff's complaint dated July 14, 2023 confirming that Plaintiff, Dr. Daniel Kenigsberg, residing at 1 Dyers Cour, East Setauket, New York, is the record owner of certain real property known as 51 Sky Top Terrace, Fairfield, Connecticut and more particularly described in the attached Schedule A and that Plaintiff, Dr. Daniel Kenigsberg, exclusively, holds good and marketable title to such property.

The Power of Attorney in favor of Defendant Anthony E. Monelli (recorded at Volume 6365, P. 315 of the Fairfield Land Records) (the "Power of Attorney") is hereby declared void and of no force or effect.

The Warranty Deed by Defendant Monelli, acting as attorney-in-fact for Kenigsberg pursuant to a claimed the Power of Attorney, in favor of STP, and recorded at Volume 6365, P. 317 of the Fairfield Land Records, is hereby declared void and of no force or effect.

All other counts of the Plaintiff's complaint are dismissed with prejudice.

**SO ORDERED:**

_____
The Honorable Vernon D. Oliver

## SCHEDULE A

## LEGAL DESCRIPTION

ALL THAT CERTAIN piece or parcel of land, together with the buildings and improvements thereon, situated in the Town of Fairfield, County of Fairfield and State of Connecticut, and being known as Lot No. 53 on a certain map entitled, "Map #6 for E. Parmly Jr., Fairfield, Conn., November 12, 1953", made by The Huntington Company, Engineers and Surveyors, on file in the Office of the Fairfield Town Clerk as Map No. 2061; being bounded an described as follows:

NORTH:    by Lot No. 39, on a certain map entitled, "Map No. 5 for E. Parmly Jr., July 20, 1950", made by Andrew S. Huntington, Civil Engineer, on file in the Office of the Fairfield Town Clerk, one hundred forty (140) feet;

EAST:    in part by Lot No. 37 on a certain map entitled, "Map No. 3 for E. Parmly, Jr., Fairfield, Conn., May 18, 1950", made by Andrew S. Huntington, Civil Engineer, on file in the Office of the Fairfield Town Clerk, and in part by land now or formerly of Eleazar Parmly, Jr., in all, one hundred forty-nine and 96/100 (149.96) feet;

SOUTH:    by land now or formerly of Eleazar Parmly, Jr., one hundred fifty-nine and 01/100 (159.01) feet; and

WEST:    by Sky-Top Terrace aka Sky Top Terrace, so-called, one hundred fifteen (115) feet.

*END OF DESCRIPTION*