UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL KENIGSBERG, | CIVIL ACTION |
| *Plaintiff,* | NO. 3:23-CV-00939 (VDO) |
| v. | |
| 51 SKY TOP PARTNERS, LLC, ET AL., | April 5, 2024 |
| *Defendants.* | |

# Stipulated Judgment

Judgment shall enter on the First Count of Plaintiff's complaint dated July 14, 2023 confirming that Plaintiff, Dr. Daniel Kenigsberg, residing at 1 Dyers Cour, East Setauket, New York, is the record owner of certain real property known as 51 Sky Top Terrace, Fairfield, Connecticut and more particularly described in the attached Schedule A and that Plaintiff, Dr. Daniel Kenigsberg, exclusively, holds good and marketable title to such property.

The Power of Attorney in favor of Defendant Anthony E. Monelli (recorded at Volume 6365, P. 315 of the Fairfield Land Records) (the "Power of Attorney") is hereby declared void and of no force or effect.

The Warranty Deed by Defendant Monelli, acting as attorney-in-fact for Kenigsberg pursuant to a claimed the Power of Attorney, in favor of STP, and recorded at Volume 6365, P. 317 of the Fairfield Land Records, is hereby declared void and of no force or effect.

All other counts of the Plaintiff's complaint are dismissed with prejudice.

**SO ORDERED:**

Dated at Hartford, Connecticut, this 5th day of April, 2024.

By: /s/ Vernon D. Oliver
VERNON D. OLIVER
United States District Judge

{S7559180}

## SCHEDULE A

## LEGAL DESCRIPTION

ALL THAT CERTAIN piece or parcel of land, together with the buildings and improvements thereon, situated in the Town of Fairfield, County of Fairfield and State of Connecticut, and being known as Lot No. 53 on a certain map entitled, "Map #6 for E. Parmly Jr., Fairfield, Conn., November 12, 1953", made by The Huntington Company, Engineers and Surveyors, on file in the Office of the Fairfield Town Clerk as Map No. 2061; being bounded an described as follows:

NORTH: by Lot No. 39, on a certain map entitled, "Map No. 5 for E. Parmly Jr., July 20, 1950", made by Andrew S. Huntington, Civil Engineer, on file in the Office of the Fairfield Town Clerk, one hundred forty (140) feet;

EAST: in part by Lot No. 37 on a certain map entitled, "Map No. 3 for E. Parmly, Jr., Fairfield, Conn., May 18, 1950", made by Andrew S. Huntington, Civil Engineer, on file in the Office of the Fairfield Town Clerk, and in part by land now or formerly of Eleazar Parmly, Jr., in all, one hundred forty-nine and 96/100 (149.96) feet;

SOUTH: by land now or formerly of Eleazar Parmly, Jr., one hundred fifty-nine and 01/100 (159.01) feet; and

WEST: by Sky-Top Terrace aka Sky Top Terrace, so-called, one hundred fifteen (115) feet.

*END OF DESCRIPTION*